AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/24/07 |
| NAME OF SERVER (PRINT) Wayne L. French | TITLE ATTY |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally on Asst. AG Andy Bauch @ Memorial Hall, 120 SW 10th ST, Topeka, KS.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $120 | $120 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  24 Oct 2007            W French
            Date                    Signature of Server

933 S. Kansas Ave  Topeka KS
Address of Server                    66612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

Nancy Huckeba

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 07-2278-CM

The University of Kansas and its representatives

TO: (Name and address of defendant)

The University of Kansas and its representatives
through Kansas Attorney General Paul J. Morrison
Memorial Hall, 2nd floor
120th SW 10th Street
Topeka, KS 66612

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheri L. French
Wayne L. French
French Law Office, LLC
933 S. Kansas Ave.
Topeka, Kansas 66612

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
490 U.S. Courthouse
444 S.E. Quincy, Room 490
Topeka, Kansas 66683

CLERK

October 23, 2007

DATE

_[signature]_
(BY) DEPUTY CLERK