IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NANCY HUCKEBA,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF KANSAS<br>AND ITS REPRESENTATIVES<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07-2278-JAR-DJW<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF VOLUNTARY DISMISSAL

COME NOW, the parties in the above litigation, Nancy Huckeba, *pro se* plaintiff, and the University of Kansas, through counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate and agree that the above lawsuit is voluntarily dismissed this 10th day of November, 2008, without prejudice with each party responsible for their own costs.

*Pro Se* Plaintiff:

*/s/ Nancy Huckeba*
Nancy Huckeba
3004 Flint Drive
Lawrence, KS 66047
h.(785)843-8845
w.(785)843-3014

For the University of Kansas:

*/s/ Sara Trower*
Sara L. Trower, Ks. S.Ct. 21415
Associate General Counsel and Special
Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Phone: 785-864-3276
Fax: 785-864-4617
e-mail: strower@ku.edu

*Attorney for Defendant University of Kansas*